**FILED**

UNITED STATES COURT OF APPEALS

APR 30 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN MITCHELL, a.k.a. Johnmalalieu Mitchell,<br><br>             Petitioner - Appellant,<br><br> v.<br><br>MATTHEW MARTEL, Acting Warden of Mule Creek State Prison and ATTORNEY GENERAL,<br><br>             Respondents - Appellees. | No. 09-55935<br><br>D.C. No. 2:05-cv-06782-PA<br>Central District of California,<br>Los Angeles<br><br>ORDER |



Before: Peter L. Shaw, Appellate Commissioner.

The motion to proceed in forma pauperis is granted. The Clerk shall amend the docket to reflect this status.

Appellant's motion for appointment of counsel in this appeal from the denial of a 28 U.S.C. § 2254 petition for writ of habeas corpus is granted. *See* 18 U.S.C. § 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (per curiam). Counsel will be appointed by separate order.

lc/MOATT

The Clerk shall electronically serve this order on the appointing authority for the Central District of California, who will locate appointed counsel. The district court shall send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

If new counsel identifies uncertified issues that should be raised on appeal, counsel shall include them in the opening brief as permitted by Ninth Circuit Rule 22-1(e).

The opening brief and excerpts of record are due June 22, 2010; the answering brief is due July 22, 2010; and the optional reply brief is due within 14 days after service of the answering brief.